# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D20-1911
_____

LEONARD NAIRN,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


September 25, 2020


PER CURIAM.

DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004) (dismissing habeas petitions as unauthorized which raise issues that could have been or were raised on direct appeal or in postconviction motions).

MAKAR, OSTERHAUS, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Leonard Nairn, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.